DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE EDUARDO MORAN-MARQUES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-00206 EJG |
| | ) | & 07-363 & 08-319 |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JOSE EDUARDO MORAN-MARQUES, | ) | |
| | ) | Date:   December 12, 2008 |
| Defendant. | ) | Time:   10:00 a.m. |
| _____ | ) | Judge:  Edward J. Garcia |


IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOSE EDUARDO MORAN-MARQUES, through their respective attorneys, that the status conference presently scheduled for December 12, 2008, may be continued to January 9, 2009, at 10:00 a.m.

Defense continues to collect records concerning prior offenses. Also, defendant has asked to consult with El Salvador consular officials and the local consul has recently agreed to speak with him.  To afford time to complete necessary tasks, the parties agree that time under the

1   Speedy Trial Act may be excluded through January 9, 2009, pursuant to 18

2   U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3                                      Respectfully submitted,

4                                      DANIEL J. BRODERICK
                                       Federal Defender
5

6   Dated:   December 10, 2008         /s/ T. Zindel_____
                                       TIMOTHY ZINDEL
7                                      Assistant Federal Defender
                                       Attorney for JOSE EDUARDO MORAN-
8                                      MARQUES

9
                                       McGREGOR SCOTT
10                                     United States Attorney

11

12  Dated:   December 10, 2008         /s/ T. Zindel for_____
                                       DANIEL S. McCONKIE
13                                     Assistant U.S. Attorney

14

15

16                                **O R D E R**

17       The status conference is continued to January 9, 2009, at 10:00 a.m.

18  The Court finds that time under the Speedy Trial Act shall be excluded

19  through that date in order to afford counsel reasonable time to prepare.

20  Based on the parties' representations, the Court finds that the ends of

21  justice served by granting a continuance outweigh the best interests of

22  the public and the defendant in a speedy trial.

23       **IT IS SO ORDERED.**

24

25  Dated: December 10, 2008           /s/ Edward J. Garcia_____
                                       HON. EDWARD J. GARCIA
26                                     United States District Judge

27

28