```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE EDUARDO MORAN-MARQUES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-00206 EJG |
| | ) | No. 2:07-00363 EJG |
| Plaintiff, | ) | No. 2:08-00319 EJG |
| | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| JOSE EDUARDO MORAN-MARQUES, | ) | **AND EXCLUDING TIME** |
| | ) | |
| Defendant. | ) | Date: January 9, 2009 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOSE EDUARDO MORAN-MARQUES, through their respective attorneys, that the status conference presently scheduled for January 9, 2009, may be continued to February 6, 2009, at 10:00 a.m.

The defense seeks additional time to arrange for defendant to consult with the Consulate of El Salvador, pursuant to his long-standing request. Within the past month, the consular officer of San Francisco agreed to speak to defendant, but the logistics have yet to be completed.

1  Defendant has requested this meeting before determining how to proceed in
2  his case.  The parties agree that time under the Speedy Trial Act may be
3  excluded through February 6, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A)
4  and (B)(iv) (Local Code T4).

5                                          Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Defender
7

8  Dated:  January 8, 2009                 /s/ T. Zindel
                                           TIMOTHY ZINDEL
9                                          Assistant Federal Defender
                                           Attorney for JOSE EDUARDO MORAN-
10                                         MARQUES

11
                                           McGREGOR SCOTT
12                                         United States Attorney

13
   Dated:  January 8, 2009                 /s/ T. Zindel for
14                                         DANIEL S. McCONKIE
                                           Assistant U.S. Attorney
15

16
                                **O R D E R**
17

18      The status conference is continued to February 6, 2009, at 10:00
19  a.m.  The Court finds that time under the Speedy Trial Act shall be
20  excluded through that date in order to afford counsel reasonable time to
21  prepare. Based on the parties' representations, the Court finds that the
22  ends of justice served by granting a continuance outweigh the best
23  interests of the public and the defendant in a speedy trial.

24      **IT IS SO ORDERED.**

25

26  Dated: January 8, 2008                 /s/ Edward J. Garcia
                                           HON. EDWARD J. GARCIA
27                                         United States District Judge

28

Stip & Order                        -2-