```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE EDUARDO MORAN-MARQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-00206 EJG |
|---|---|
| | ) No. 2:07-00363 EJG |
| Plaintiff, | ) No. 2:08-00319 EJG |
| | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| JOSE EDUARDO MORAN-MARQUEZ, | ) **AND EXCLUDING TIME** |
| | ) |
| Defendant. | ) Date: March 5, 2010 |
| | ) Time: 10:00 a.m. |
| _____ | ) Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOSE EDUARDO MORAN-MARQUEZ, through their respective attorneys, that the status conference presently scheduled for March 5, 2010, may be continued to March 12, 2010, at 10:00 a.m.

Mr. Moran-Marquez recently completed treatment pursuant to 18 U.S.C. § 4241(d) at FCI Butner in North Carolina. A report of his progress is expected to be disclosed on March 5, the same day as the status conference, but Mr. Moran-Marquez is not expected to return to Sacramento before March 8 and will not available for the status conference set for

1  March 5. The parties therefore agree that the status conference should
2  be continued one week to give them time to review the report and to give
3  defense counsel time to consult with Mr. Moran-Marquez. The parties
4  agree that time under the Speedy Trial Act should be excluded through
5  March 12, 2010, pursuant to 18 U.S.C. § 3161(h)(1)(F)(delay resulting
6  from transportation of defendant from place of examination) and under §
7  3161(h)(8)(A) and (B)(iv) (Local Code T4).

                      Respectfully submitted,

                      DANIEL J. BRODERICK
                      Federal Defender

Dated: March 4, 2010        /s/ T. Zindel
                      TIMOTHY ZINDEL
                      Assistant Federal Defender
                      Attorney for JOSE MORAN-MARQUEZ

                      BENJAMIN B. WAGNER
                      United States Attorney

Dated: March 4, 2010        /s/ T. Zindel for M. Anderson
                      MICHAEL D. ANDERSON
                      Assistant U.S. Attorney

**O R D E R**

21  The status conference is continued to March 12, 2010, at 10:00 a.m.
22  Time under the Speedy Trial Act is excluded through that date for the
23  reasons stated above.
24  **IT IS SO ORDERED.**

Dated: March 4, 2010        /s/ Edward J. Garcia
                      HON. EDWARD J. GARCIA
                      United States District Judge