1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JOSE EDUARDO MORAN-MARQUEZ

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:07-00206 EJG
                                  )  No. 2:07-00363 EJG
14              Plaintiff,        )  No. 2:08-00319 EJG
                                  )
15      v.                        )  **ORDER AFTER COMPETENCY HEARING**
                                  )
16 JOSE EDUARDO MORAN-MARQUEZ,    )
                                  )
17              Defendant.        )  Judge: Edward J. Garcia
                                  )
18 _____)

19

20      This Order summarizes the Court's ruling of June 11, 2010, following

21 an evidentiary hearing held May 25, 2010, to determine whether defendant

22 is presently competent to stand trial.

23      The Court ruled as follows.  Each psychologist who evaluated

24 defendant found him to suffer from a mental disease or defect:

25 Schizophrenia, Paranoid Type.  The evidence shows that defendant is

26 presently able to understand the nature and consequences of the

27 proceedings against him.  However, the Court finds by a preponderance of

28 the evidence that defendant is not able to assist properly in his

1  defense, in light of his mental disease.  Accordingly, the Court orders

2  defendant re-committed to the custody of the Attorney General for

3  treatment in a suitable facility pursuant to 18 U.S.C. § 4241(d)(2).

4       **IT IS SO ORDERED.**

5

6  Dated:  June 21, 2010        /s/ Edward J. Garcia

7                                     HON. EDWARD J. GARCIA
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28