1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



**FILED**

JUN 2 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   No. CR. S-08-319 EJG
                                   )   No. CR. S-07-363 EJG
11              Plaintiff,         )   No. CR. S-07-206 EJG
                                   )
12       v.                        )
                                   )
13  JOSE EDUARDO MORAN-MARQUEZ,    )   MOTION AND         ORDER TO
                                   )   DISMISS INDICTMENT AND
14              Defendant.         )   SUPERVISED RELEASE PETITIONS
                                   )
15

16       The United States Attorney's Office, pursuant to Rule 48(a)

17  of the Federal Rules of Criminal Procedure, hereby moves to

18  dismiss the indictment in case 08-319 EJG against JOSE EDUARDO

19  MORAN-MARQUEZ without prejudice in the interest of justice.  I

20  have spoken with defense counsel in this case, Tim Zindel, and he

21  stated that he has no objection to this motion.

22       The United States Attorney's Office hereby moves to dismiss

23  the petitions for violations of supervised release in case numbers

24  07-363 EJG and 07-206 EJG against JOSE EDUARDO MORAN-MARQUEZ

25  without prejudice in the interest of justice.  I have spoken with

26  defense counsel in this case, Tim Zindel, and he stated that he

27  has no objection to this request.  I have spoken with Supervising

28  ///

                                    1

1   Probation Officer Linda Alger, and she stated that the United

2   States Probation Office has no objection to this request.

3

4   DATED: June 18, 2010          Respectfully submitted,

5                                 BENJAMIN B. WAGNER
                                  United States Attorney
6

7                           By:   /s/ Michael D. Anderson
                                  MICHAEL D. ANDERSON
8                                 Assistant U.S. Attorney

9

10

11

12                                **ORDER**

13

14       **IT IS HEREBY ORDERED** that the indictment in case No. CR. S-

15   08-319 EJG and the petitions in case Nos. CR. S-07-363 EJG and CR.

16   S-07-206 EJG be dismissed against defendant JOSE EDUARDO MORAN-

17   MARQUEZ without prejudice in the interest of justice.

18

19   DATED:   6/21/10

20                                 HON. EDWARD J. GARCIA
                                   United States District Judge
21

22

23

24

25

26

27

28

                                   2